UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JODY AUGUSTINE, an individual

    Plaintiff,

v.                                            Case No: 2:17-cv-674-FtM-38CM

BROWN & BROWN, INC.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the parties' Joint Stipulation for Dismissal (Doc. 18) filed on April 30, 2018. Plaintiff sued under the Fair Labor Standards Act ("FLSA") for unpaid hourly compensation and overtime wages. (Doc. 1). Plaintiff also sued for retaliation under the FLSA. (Doc. 1). The parties now inform the Court that Plaintiff's claims against Defendant have been resolved in full without compromise, with the attorney's fees negotiated separately from the resolution of Plaintiff's claims. (Doc. 18). Therefore, there is no need for the Court to review and approve the settlement for fairness. See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982). Moreover, Federal Rule of Civil Procedure 41 allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii) and provide the Court with a Joint Stipulation for Dismissal signed by all parties. (Doc. 18).

Accordingly, it is now

**ORDERED:**

1. The case is **DIMISSED with prejudice**

2. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of May 2018.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record